**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FLOODBREAK, LLC, <br>             Plaintiff, <br><br>        v. <br><br> ART METAL INDUSTRIES, LLC, <br> KEVIN F. BIEBEL and DIEGO TRUST, LLC, <br><br>        Defendants. | C.A. No. 3:18-cv-00503 (SRU) |

## <u>STIPULATION OF VOLUNTARY FINAL JUDGMENT</u>

**IT IS STIPULATED** by the parties to this action, through their counsel of record, and subject to the approval of the Court, as follows:

1)      The Court has scheduled a jury trial in this action beginning on August 22, 2022. In lieu of trying this case to the jury, Plaintiff FloodBreak, LLC ("FloodBreak") and Defendants Art Metals Industries, LLC ("AMI"), Kevin F. Biebel ("Biebel"), and Diego Trust, LLC ("Diego") (collectively "Defendants") voluntarily agree to enter Final Judgment in favor of Plaintiff FloodBreak.

2)      The parties stipulate that FloodBreak owns U.S. Patent No. 9,752,342 ("the '342 patent") entitled "Flood Protection for Underground Air Vents," which issued on September 5, 2017 and that Defendants AMI, Biebel and Diego have directly infringed and induced infringement of claims 1, 4-5, 8, 10, 14, and 20-24 of the '342 patent ("the asserted claims") and thus are each liable for patent infringement.

3)      The parties stipulate that Defendants' patent infringement has been willful.

4)      The parties stipulate that the claims of the '342 Patent are valid and enforceable.

5)      The parties stipulate that lost profits damages are the appropriate measure of damages in this case and that Defendants' infringement of the asserted claims of the '342 Patent has damaged FloodBreak in the amount of at least $17,811,202 as determined by the Court in its RULING AND ORDER ON APPLICATION FOR PREJUDGMENT REMEDY (Doc. No. 284) and that judgment may enter in favor of FloodBreak against all of the Defendants in the amount of $17,811,202.

6)      The parties stipulate that Defendants shall be permanently enjoined from further acts of infringement of the '342 patent as well as their officers, agents, servants, employees, attorneys, all parent and subsidiary corporations, their assigns and successors in interest, and those persons in active concert or participation with any of them who receive notice of the injunction, including distributors, installers and consumers, from continuing acts of infringement of the '342 patent.

Respectfully submitted.

/s/   Edmond R. Bannon
Monte E. Frank (ct13666)
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: (203) 330-2262
Facsimile: (203) 576-8888
Email: mfrank@pullcom.com

Edmond R. Bannon (phv09540)
Michael F. Autuoro (phv09938)
FISH & RICHARDSON P.C.
7 Times Square Tower, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
Email: bannon@fr.com

*Attorneys for Plaintiff*
*FLOODBREAK, LLC*

Respectfully submitted.

/s/   Douglas S. Skalka
Sarah J. Burger (phv10333)
BURGER LAW GROUP PLLC
63 Putnam Street, Suite 202
Saratoga Springs, NY 12866
Telephone:   (518) 400-0677
Facsimile: (518) 306-5162
Email: sburger@burgerlawgroup.com

Douglas S. Skalka (ct00616)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone: (203) 821-2000
Facsimile: (203) 821-2008
Email:  dskalka@npmlaw.com

*Attorneys for Defendants*
*Art Metal Industries, LLC and Kevin F. Biebel*

/s/ James M. Nugent
James M. Nugent (ct08822)
HARLOW, ADAMS & FRIEDMAN, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Telephone:  (203) 878-0661
Facsimile:  (203) 878-9568
Email: Jmn@quidproquo.com

*Attorney for Defendant*
*Diego Trust, LLC*

**IT IS SO ORDERED** this _____ day of July, 2022.

_____
Honorable Judge Stefan R. Underhill

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Edmond R. Bannon*
Edmond R. Bannon