# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| FLOODBREAK LLC,<br>    Plaintiff,<br><br>v.<br><br>ART METAL INDUSTRIES, LLC,<br>KEVIN F. BIEBEL, and<br>DIEGO TRUST, LLC,<br>    Defendants. | No. 3:18-cv-503 (SRU) |

## PERMANENT INJUNCTION AND FINAL JUDGMENT

Plaintiff FloodBreak, LLC ("FloodBreak") commenced this action for patent infringement against Defendants Art Metal Industries, LLC ("AMI"), Kevin F. Biebel ("Biebel"), and Diego Trust, LLC ("Diego," and collectively "Defendants"), pursuant to the Patent Act, 35 U.S.C. § 271, *et seq.*, alleging that Defendants directly infringed and induced infringement of one or more claims of United States Patent No. 9,752,342 ("the '342 patent"), entitled "Flood Protection For Underground Air Vents," in connection with their making, using, offering for sale, and selling mechanical closure devices.

On July 21, 2022, the Parties' docketed a Stipulation of Voluntary Final Judgment. Doc. No. 370. A judgment in favor of FloodBreak, and against Defendants, and a permanent injunction enters for the following reasons:

1.     FloodBreak owns the '342 patent, which issued on September 5, 2017, and Defendants AMI, Biebel and Diego have directly infringed and induced infringement of claims 1, 4-5, 8, 10, 14, and 20-24 of the '342 patent ("the asserted claims") and thus are each liable for patent infringement.

2.     Defendants' patent infringement has been willful.

3. The claims of the '342 Patent are valid and enforceable.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

A. Judgment is entered in this action in favor of plaintiff FloodBreak and against Defendants for all claims set forth in the Complaint, in the amount of $17,811,202.

B. Defendants, their officers, agents, servants, employees, attorneys, all parent and subsidiary corporations, their assigns and successors in interest, and those persons in active concert or participation with any of them who receive notice of the injunction, including distributors, installers and consumers, are hereby permanently enjoined from engaging in further acts of infringement of the '342 Patent, including but not limited to manufacturing, using, selling, distributing, importing, promoting, marketing, advertising or displaying the invention disclosed by the '342 patent or a device not materially different than the invention disclosed by the '342 patent.

Dated at Bridgeport, Connecticut, this 28th day of July 2022.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge